Exhibit A to the Complaint

**Location:** West Hempstead, NY  
**Total Works Infringed:** 34  

**IP Address:** 100.38.34.155  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1072ED830B369C414AD4BA3B06AD895109814093 | 02/18/2025 23:41:00 | Blacked | 02/12/2025 | 02/18/2025 | PA0002516029 |
| 2 | b64162e56d7274c37ac58fa1e9c1e6ce30d067af | 02/23/2025 19:12:00 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 3 | b6551cea359c5118d00a2374a7ff4b306f2104fb | 02/23/2025 19:11:10 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 4 | b64b20eccf9cf86a91b8c1d248553f84c50147a9 | 02/23/2025 19:11:04 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 5 | b6586b2a95ec8547524e5e6e8941553f88abd0a9 | 02/23/2025 19:10:35 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 6 | 50EB3A81256ED806B8C03530B3AEB4EFE3AF96D1 | 02/09/2025 20:08:41 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 7 | F04C093569CDE044ABC0E2997061C660867A030C | 12/02/2024 15:41:50 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 8 | dab3cb7510b8da397b242000ca9aba5e51487290 | 10/05/2024 03:47:29 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 9 | 093c48a9febf555799b762168f46e31440d020c0 | 09/07/2024 19:41:58 | Slayed | 01/04/2022 | 02/03/2022 | PA0002341800 |
| 10 | 9d392b54d5ffe92319f3737cc962f7d65b301e64 | 09/05/2024 11:42:18 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 11 | cbdb75168dff61cca51213a1a9852ac2ac4487f4 | 09/04/2024 12:50:05 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 12 | 4E161DCD3B0C439F68280147371BA08686987D0B | 08/23/2024 00:45:32 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 13 | 5967339fadf211bb3c11aa9ed6376176c01fde6e | 08/21/2024 04:13:41 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 14 | 3950661422e3af4f17fb07b67494f032703fbd1d | 08/19/2024 09:37:56 | Vixen | 09/24/2021 | 11/11/2021 | PA0002321289 |
| 15 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 08/16/2024 03:38:21 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 16 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 08/16/2024 03:35:40 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5779100cd064f92ad7bf70639e3d367cfe02e817 | 08/15/2024 03:47:18 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 18 | 5343780A2DA07D0760D914E082FD68E3D32AF0FA | 08/15/2024 01:43:36 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 19 | e37fcdf3fb40e8f8f40e3217c61b123ad8be6226 | 08/12/2024 03:20:40 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 20 | e7ab1b34f962185bba77262ed605b448a8a92c9e | 07/28/2024 01:20:39 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 21 | e2f219f067a1ef92b70a87253d699b92c474b0ec | 07/27/2024 13:49:14 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 22 | dc1679e598d8598ffc74509df70d0d38f72633bc | 07/25/2024 19:41:07 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 23 | 4a1422eabbab1159411f57e78e7dc023b5058751 | 07/12/2024 14:03:10 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 24 | 31A1C481B6798D5618E32BD9D4D848468A41859B | 07/10/2024 20:24:21 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 25 | 5FF6E0C678AA407E522E4D1ACB7E83F2F0D423DF | 07/10/2024 20:10:29 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 26 | 7d3bca29caca46b0dd08417c600b5b2ab469632e | 07/10/2024 18:27:52 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 27 | d22a1666bb52dc25564f0b6be59236e718a03482 | 07/06/2024 11:38:56 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 28 | 50b025cf45c1874e2f2e73a9b166753392c87db3 | 07/02/2024 08:58:51 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 29 | 162135d6fdaee8d16acc78308f418da06db913ec | 06/30/2024 11:26:56 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 30 | 4fc387c97278012d80ec785f3f554cf02c22174e | 06/30/2024 06:09:40 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 31 | 8f1d61b5b2a177d8aa94b07ec87d993ee0d5d807 | 06/29/2024 22:26:50 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 32 | 833a3951c5a2564e7ed84db60e51a37f5e5cf7f7 | 06/25/2024 10:45:52 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 33 | 54634f6355a881fa8aba1fef0a0eca172463b700 | 06/24/2024 11:57:10 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 34 | 3addab57b901b2a582c46857e5a6218176c8549e | 06/24/2024 05:52:36 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |